**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY COLE,

                    *Pro Se* Plaintiff,

        - against -

P.O. CHURCHILL and P.O. CURABRA,
Shield # 4023,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

CV 18-1565 (JFB) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

In light of the fact that Plaintiff is proceeding *pro se*, I am directing Plaintiff and counsel for Defendants to appear for an Initial Conference on **July 23, 2018 at 10 a.m. in Courtroom 910**, at which time we will discuss and implement an initial discovery plan.

Counsel for Defendants is directed to serve a copy of this Order upon Plaintiff *Pro Se* forthwith and to file proof of service on ECF.

                                                   **SO ORDERED:**

Dated: Central Islip, New York
         May 18, 2018

                                             /s/ A. Kathleen Tomlinson
                                             A. KATHLEEN TOMLINSON
                                             United States Magistrate Judge