

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 14 2019 ★
BROOKLYN OFFICE

CREGORY COLE
via Cregory Cole
c/o 313 Hawthorne Avenue
Uniondale NY, 11553

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

August 12th, 2019

Dear Judge Magistrate Judge Steven L. Tiscione

Re: Cole v Churchill, et.al DOCKET # CV-18-1565 AMD

Due to surgery on my right ankle August 9th, 2019; I am requesting that the August 16th, 2019 conference date be a telephone conference via 347-416-2511.

Sincerely

*Gregory Cole* _____ UCC 3-302
On Behalf CREGORY COLE
ALL RIGHTS RESERVED WITHOUT PREJUDICE



SMK PHARMA CORP          DEA: FS7036254
DBA Nature's First Long Term   8702 Rockaway Beach Blvd
Care & Compounding         Rockaway Beach, NY 11693
                           718.634.9300

COLE, GREGORY            Dr YAGER, STEVEN
313 HAWTHORNE AVE UNIONDALE, NY 11553

347-416-2511

Rx148-247 00      NDC #: 65862018730

Plan: W    Filled 08/08/19
           Refills left: No

RECEIVED
AUG 14 2019
PRO SE OFFICE

Gregory Cole
v/a Gregory Cole
c/o 313 Hawthorne Ave
Uniondale NY [11553]

US District Court Eastern
District of New York
225 Cadman Plaza East
Brooklyn NY 11201

USMS

MID-ISLAND NY 117
12 AUG 2019 PM 2 L

GREGORY HINES
Lisa forever
BLACK HERITAGE